502

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 97-19**
**February 28, 1997**

| 19629 | Lum v. Zoning Bd. of Appeals | Affirmed |

**Order No. 97-22**
**March 3, 1997**

| 18032 | Inouye v. Swinerton & Walberg Co. | Affirmed |

**Order No. 97-23**
**March 6, 1997**

| 18286 | State v. Willets | Affirmed |

**Order No. 97-24**
**March 12, 1997**

| 17130 | Morley v. Spring | Affirmed |

**Order No. 97-25**
**March 12, 1997**

| 18168 | Lindinha v. Hilo Coast Processing Co. | Reversed and Amended |

**Order No. 97-26**
**March 18, 1997**

| 18369 | State v. Shintaku | Remanded |